```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04895-RNO
Charlene C. Seprish                                             Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Dec 13, 2016
                              Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db             +Charlene C. Seprish,    84 Creekside Lane,   Sweet Valley, PA 18656-2492
                GUARDCO INC.,    PO BOX 888,   WILKES BARRE, PA   18703-0888

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                     Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John F Goryl    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Charlene C. Seprish tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| CHARLENE C. SEPRISH : | CHAPTER 13 |
| : | CASE NO. 5-16-04895 |
| Debtor : | |

| | |
|---|---|
| CHARLENE C. SEPRISH : | |
| MOVANT : | |
| VS. : | |
| GUARDCO, INC and : | |
| CHARLES J. DEHART, III, ESQ. : | |
| RESPONDENTS : | |

**ORDER**

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, CHARLENE SEPRISH, receives income:

GUARDCO INC.
PO BOX 888
WILKES-BARRE, PA 18703-0888

deduct from said Debtor's income the sum of $558.00 from each bi-weekly paycheck on the next pay day following receipt of this Order. The deductions will increase to $758.00 from each bi-weekly check started in January 2019, and will increase again to $888.00 from each bi-weekly check started in January 2021, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Chapter 13 Trustee
P.O. Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5:16-04895 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order, five (5) years from the Date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

Dated: December 13, 2016

Robert N. Opel, II, Chief Bankruptcy Judge

(DG)