```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-04895-RNO
Charlene C. Seprish                                                 Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Jan 12, 2017
                              Form ID: ntcnfhrg      Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
```
db             +Charlene C. Seprish,    84 Creekside Lane,    Sweet Valley, PA 18656-2492
4861342        +Chase Home Finance,    3415 Vision Dr.,    Attn: Bankruptcy Dept.,    Columbus,, OH 43219-6009
4861343         Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4861345        +Edward M. Seprish,    84 Creekside Lane,    Sweet Valley, PA 18656-2492
4861347        +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4861350         KML Law Group, P.C.,   Suite 5000, BNY Mellon Independence Ctr.,    Philadelphia, PA 19106
4861351        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4861352        +Medical Data Systems, Inc.,    d/b/a Medical Revenue Service,    645 Walnut St., Ste. 5,
                 Gadsden, AL 35901-4173
4861354        +Wilkes-Barre General Hospital,    575 N. River St.,    Wilkes-Barre, PA 18764-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4861340        +E-mail/Text: g20956@att.com Jan 12 2017 19:29:34      AT&T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Rm.3A104,
                 Bedminster, NJ 07921-2693
4861344        +E-mail/Text: Umesh.Patil@credencerm.com Jan 12 2017 19:29:36       Credence Resource Management,
                 17000 Dallas Pkwy., Ste. 204,    Dallas, TX 75248-1940
4861346         E-mail/Text: bankruptcynotification@ftr.com Jan 12 2017 19:29:42       Frontier Communications,
                 Bankruptcy Dept.,    19 John St.,    Middletown, NY 10940
4861348        +E-mail/Text: bankruptcy@hraccounts.com Jan 12 2017 19:28:14       H&R Accounts,
                 7017 John Deere Parkway,    Moline, IL 61265-8072
4861349         E-mail/Text: bk.notifications@jpmchase.com Jan 12 2017 19:28:25       JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
4861353         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 19:28:28       PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
4867193         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 19:28:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4861341*      +Charlene C. Seprish,    84 Creekside Lane,    Sweet Valley, PA 18656-2492
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Charlene C. Seprish tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charlene C. Seprish
aka Charlene Seprish
Debtor(s)

Chapter 13

Case No. 5:16−bk−04895−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **February 10, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 22, 2017 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: DDunbar |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 12, 2017 |