In re:                                                              Case No. 16-04895-JJT
Charlene C. Seprish                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: TWilson          Page 1 of 1            Date Rcvd: Jun 16, 2017
                           Form ID: ntcltrdb       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
              +JPMC Speciality Mortgage, LLC,    3415 Vision Dr,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4861349        E-mail/Text: bk.notifications@jpmchase.com Jun 16 2017 18:46:25       JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
        John F Goryl   on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
        Tullio  DeLuca   on behalf of Debtor Charlene C. Seprish tullio.deluca@verizon.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Charlene C. Seprish | Chapter | 13 |
| aka Charlene Seprish | | |
| Debtor(s) | Case No. | 5:16–bk–04895–JJT |

## **Notice**

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#6) has been filed by the Debtor on behalf of JP Morgan Chase Bank in the amount of $253906.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 16, 2017 |