IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLENE C. SEPRISH | : | |
| a/k/a Charlene Seprish | : | |
| | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:16-04895 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, Charlene Seprish, the Debtor, and files an Answer to the Trustee's Motion to Dismiss and states the following:

1. Charlene Seprish, (hereinafter the "Debtors") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Charles J. DeHart,III, Esq. is the standing Chapter 13 Trustee.

3. The Trustee filed a Motion to Dismiss the Debtor's Chapter 13 case stating the Plan is non confirmable.

4. An amended Chapter 13 Plan was filed with the Bankruptcy Court.

WHEREFORE, the Debtors respectfully request that Trustee's Motion to Dismiss be denied.

Respectfully submitted,

Date: June 22, 2017  /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Ave.
Scranton, Pa 18504
(570) 347-7764

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLENE C. SEPRISH | : | |
| a/k/a Charlene Seprish | : | |
| | : | |
| | : | |
| Debtor(s) | :CASE NO. 5:16-04895 | |

*************************************************************************

### CERTIFICATE OF SERVICE

*************************************************************************

The undersigned hereby certifies that on June 22, 2017, he caused a true and correct copy of Debtors' Answer to Trustee's Motion to Dismiss to be served via electronic filing in the above-referenced case, on the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com


Dated: June 22, 2017                         /s/Tullio DeLuca
                                              Tullio DeLuca, Esquire