# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

June 20, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Charlene Seprish
        **Chapter 13 Bankruptcy**
        **Case No. 5-16-04895**

Dear Sir/Madam:

    I have received returned mail for **JAMES WARMBRODT**, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 701 MARKET ST PHILADELPHIA, PA 19106-1541. Please be advised the correct information is as follows:

        JAMES WARMBRODT
        436 7ᵀᴴ AVE., STE 1400
        PITTSBURGH, PA 15219

I served the Notice of Amended Plan at the above address on (June 20, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/th