```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04895-RNO
Charlene C. Seprish                                             Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar           Page 1 of 1            Date Rcvd: Sep 26, 2019
                              Form ID: ordsmiss       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
```
db              +Charlene C. Seprish,    84 Creekside Lane,    Sweet Valley, PA 18656-2492
4861342         +Chase Home Finance,    3415 Vision Dr.,   Attn: Bankruptcy Dept.,    Columbus,, OH 43219-6009
4861343          Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4861345         +Edward M. Seprish,    84 Creekside Lane,    Sweet Valley, PA 18656-2492
4861347         +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4861350          KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    Philadelphia, PA 19106
4861351         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4861352         +Medical Data Systems, Inc.,    d/b/a Medical Revenue Service,    645 Walnut St., Ste. 5,
                  Gadsden, AL 35901-4173
4861354         +Wilkes-Barre General Hospital,    575 N. River St.,    Wilkes-Barre, PA 18764-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4861340         +EDI: CINGMIDLAND.COM Sep 26 2019 23:28:00      AT&T Mobility II, LLC,    c/o AT&T Services, Inc.,
                  Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Rm.3A104,    Bedminster, NJ 07921-2693
4861344         +E-mail/Text: bankruptcy@credencerm.com Sep 26 2019 19:26:12      Credence Resource Management,
                  17000 Dallas Pkwy., Ste. 204,    Dallas, TX 75248-1940
4861346          E-mail/Text: bankruptcynotification@ftr.com Sep 26 2019 19:26:22      Frontier Communications,
                  Bankruptcy Dept.,    19 John St.,    Middletown, NY 10940
4861348         +E-mail/Text: bankruptcy@avadynehealth.com Sep 26 2019 19:25:45      H&R Accounts,
                  7017 John Deere Parkway,    Moline, IL 61265-8072
4861349          EDI: CAUT.COM Sep 26 2019 23:28:00      JPMorgan Chase Bank, N.A.,
                  National Bankruptcy Department,    P.O. Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
4861353          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 19:25:55      PA Dept. of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
4889280         +EDI: PRA.COM Sep 26 2019 23:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
4867193          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 19:25:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.  17128-0946
4900477         +EDI: RMSC.COM Sep 26 2019 23:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, N.A.
cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
4861341*        +Charlene C. Seprish,   84 Creekside Lane,    Sweet Valley, PA 18656-2492
                                                                                 TOTALS: 1, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Charlene C. Seprish tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charlene C. Seprish,<br>aka Charlene Seprish, | Chapter 13 |
| **Debtor 1** | Case No. 5:16–bk–04895–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 26, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)